with costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM KESHINOVER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BETTY WEISMAN, as Administratrix of the Estate of BEATRICE WEISMAN, Deceased, Respondent-Appellant, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant-Respondent.— Orders unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BETTY WEISMAN, as Administratrix of the Estate of BEATRICE WEISMAN, Deceased, Respondent, v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LEORA SIMON, Respondent, v. BERNARD V. SIMON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. UNITED CIGAR-WHELAN STORES CORP., Respondent, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Appellants. [402 Sixth Ave., Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessment of the Tax Commission of the City of New York reinstated and confirmed on the ground that the evidence supports the values fixed by the Tax Commission for the years involved. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. A. REALTY CORPORATION, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants. [67–73 W. 44th St. and 1140–1144 Avenue of the Americas, Borough of Manhattan.] — Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessment of the Tax Commission reinstated and confirmed on the ground that the evidence supports the values fixed by the Tax Commission for the year involved. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1031.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. HARTLEY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

## (December 22, 1947.)

In the Matter of the Probate of the Will of CHICO SCHNEIDER, Deceased. RITA A. MAHOOL et al., Appellants; LISA P. SCHNEIDER et al., Respondents.